AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

Matthew Thomas Lester　　　　)
　　　　　*Plaintiff*　　　　　　　　　　)
　　　　　v.　　　　　　　　　　　　　) Civil Action No. 13 CV- 443 JED-PJC
Minnesota life Insurance Co.　)
　　　　　*Defendant*　　　　　　　　　)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Minnesota life Insurance company
400 Robert street North
St. Paul, MN 55101-2098

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Matthew Thomas Lester
9734 South Delaware court #1704
Tulsa, OK 74137

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Phil Lombardi, Clerk
CLERK OF COURT

Date: JUL 23 2013　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　*Signature of Clerk or Deputy Clerk*